United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-01905-HWV |
| Albert Lermineaux | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5351805 | Email/Text: bankruptcydept@uhm.com | Nov 07 2022 18:37:00 | UNION HOME MORTGAGE CORP., CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2022　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor UNION HOME MORTGAGE CORP. djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Mark A. Buterbaugh | on behalf of Debtor 1 Albert Lermineaux Mooneybkecf@gmail.com buterbaughmr61895@notify.bestcase.com |

Nicholas G. Platt
    on behalf of Debtor 1 Albert Lermineaux ngp@mooney4law.com plattnr61895@notify.bestcase.com

Thomas Song
    on behalf of Creditor UNION HOME MORTGAGE CORP. tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:20-bk-01905-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Albert Lermineaux
12833 Pennersville Road
Waynesboro PA 17268

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/04/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 13: UNION HOME MORTGAGE CORP., CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618 | Nationstar Mortgage LLC<br>PO BOX 619096<br>Dallas, TX 75261-9741<br>Nationstar Mortgage LLC<br>PO BOX 619096<br>Dallas, TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/09/22

Terrence S. Miller
**CLERK OF THE COURT**