In re:  Case No. 20-01905-HWV

Albert Lermineaux  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3

Date Rcvd: Aug 04, 2025      Form ID: 3180W      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Albert Lermineaux, 12833 Pennersville Road, Waynesboro, PA 17268-9319 |
| 5337919 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5337921 | + | HSC Law- Troy Nussbaum, 306 North Crain Highway, Glen Burnie, MD 21061-3007 |
| 5337920 | + | Home Rite, 2104 E Main Street, Waynesboro, PA 17268-1895 |
| 5337923 | + | Katelyn Miley, 12833 Pennersville Road, Waynesboro, PA 17268-9319 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Aug 04 2025 22:34:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Aug 04 2025 22:34:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5340270 | | EDI: PHINAMERI.COM | Aug 04 2025 22:34:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5337911 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 04 2025 18:51:33 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 5337912 | + | EDI: PHINAMERI.COM | Aug 04 2025 22:34:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 5337913 | + | Email/Text: bankruptcy@bmgmoney.com | Aug 04 2025 18:36:00 | BMG Money, Attn: Bankruptcy, 444 Brickell Avenue Ste 250, Miami, FL 33131-2404 |
| 5337915 | + | EDI: CAPITALONE.COM | Aug 04 2025 22:34:00 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5337914 | + | EDI: CAPITALONE.COM | Aug 04 2025 22:34:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5341858 | | EDI: CAPITALONE.COM | Aug 04 2025 22:34:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5337916 | + | EDI: CAPITALONE.COM | Aug 04 2025 22:34:00 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5337917 | + | EDI: WFNNB.COM | Aug 04 2025 22:34:00 | Comenitycap/diamndsint, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5337918 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 04 2025 18:36:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 5337922 | + | EDI: IRS.COM | Aug 04 2025 22:34:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5339377 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2025 18:52:48 | LVNV Funding, LLC, Resurgent Capital Services, |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 5342912 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2025 18:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5504911 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 04 2025 18:36:00 | Nationstar Mortgage LLC, PO BOX 619096, Dallas, TX 75261-9741 |
| 5504912 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 04 2025 18:36:00 | Nationstar Mortgage LLC, PO BOX 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, PO BOX 619096, Dallas, TX 75261-9741 |
| 5337924 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 04 2025 18:51:23 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 5488095 | | EDI: PRA.COM | Aug 04 2025 22:34:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5488096 | | EDI: PRA.COM | Aug 04 2025 22:34:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5344541 | | EDI: PRA.COM | Aug 04 2025 22:34:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5337925 | + | Email/Text: bankruptcy@patriotfcu.org | Aug 04 2025 18:36:00 | Patriot FCU, Attn: Bankruptcy, Po Box 778, Chambersburg, PA 17201-0778 |
| 5345815 | + | Email/Text: bankruptcy@patriotfcu.org | Aug 04 2025 18:36:00 | Patriot Federal Credit Union, PO Box 778, Chambersburg, PA 17201-0778 |
| 5367481 | ^ | MEBN | Aug 04 2025 18:33:18 | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 5337928 | + | EDI: SYNC | Aug 04 2025 22:34:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5337926 | + | EDI: SYNC | Aug 04 2025 22:34:00 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5337927 | + | EDI: SYNC | Aug 04 2025 22:34:00 | Syncb/home Design-hi-p, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5338225 | ^ | MEBN | Aug 04 2025 18:33:21 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5337929 | + | EDI: CITICORP | Aug 04 2025 22:34:00 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |
| 5351805 | | Email/Text: bankruptcydept@uhm.com | Aug 04 2025 18:36:00 | UNION HOME MORTGAGE CORP., CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618 |
| 5337930 | | Email/Text: bankruptcydept@uhm.com | Aug 04 2025 18:36:00 | Union Home Mortgage Co, 8241 Dow Circle West, Strongsville, OH 44136 |
| 5337931 | + | EDI: USAA.COM | Aug 04 2025 22:34:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5337910 | | Samantha Lermineaux |
| 5354061 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Christopher A DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com cistewart@logs.com |
| Daniel Philip Jones | on behalf of Creditor UNION HOME MORTGAGE CORP. djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Mark A. Buterbaugh | on behalf of Debtor 1 Albert Lermineaux Mooneybkecf@gmail.com buterbaughmr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Albert Lermineaux ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Robert Patrick Wendt | on behalf of Creditor Nationstar Mortgage LLC LeopoldAssociatesPAX6428@projects.filevine.com |
| Thomas Song | on behalf of Creditor UNION HOME MORTGAGE CORP. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Albert Lermineaux <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5257 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20–bk–01905–HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Albert Lermineaux
aka Albert Lerminequx III

8/4/25

**By the court:**

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**