Fill in this information to identify the case:

Debtor 1   Albert Lermineaux aka Albert Lerminequx, III

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   20-01905 HWV

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Nationstar Mortgage LLC         **Court claim no.** (if known): 13-1

**Last 4 digits** of any number you use to identify the debtor's account: 7512

**Date of payment change:**
Must be at least 21 days after date of this notice         11/01/2022

**New total payment:**         $894.73
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $279.16         New escrow payment: $265.89

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %         New interest rate: _____ %

   Current principal and interest payment: $_____         New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____         New mortgage payment: $_____

Official Form 410S1          **Notice of Mortgage Payment Change**          page 1

| Debtor(s) | Albert | | Lermineaux | Case number (*if known*) 20-01905 HWV |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Denise Carlon
_____
Signature

Date September 30, 2022

| Print: | Denise Carlon | | | Title | Attorney for Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company: KML Law Group, P.C.

Address: 701 Market Street, Suite 5000
Number    Street

Philadelphia,                          PA         19106
City                                   State      ZIP Code

Contact phone (215) 627–1322          Email dcarlon@kmllawgroup.com

**\*\*Please note Creditor is in the process of filing a Transfer of Claim to reflect Creditor as the Transferee of this Claim. However, this notice is being filed to ensure Creditor's compliance with Fed. R. Bankr. P. 3002.1.**