## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Albert Lermineaux aka Albert Lerminequx, III** <br>                       **Debtor(s)** | **BK NO. 20-01905 HWV** |
| | **Chapter 13** |
| **Nationstar Mortgage LLC** <br>                     **Movant** | **Related to Claim No. 13-1** |
| **vs.** | |
| **Albert Lermineaux aka Albert Lerminequx, III** <br>                     **Debtor(s)** | |
| **Jack N. Zaharopoulos**, <br>                     **Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 06, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Albert Lermineaux aka Albert Lerminequx, III
12833 Pennersville Road
Waynesboro, PA 17268-0000

<u>Attorney for Debtor(s)</u>
Mark A. Buterbaugh, Mooney Law
230 York Street
Hanover, PA 17331

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>October 06, 2022</u>

                                    **/s/Denise Carlon Esquire**
                                    Denise Carlon Esquire
                                    Attorney I.D. 317226
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106
                                    201-549-2363
                                    dcarlon@kmllawgroup.com